IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 8:25CR194 |
|---|---|
| Plaintiff, | |
| vs. | INDICTMENT<br>18 U.S.C. § 113(a)(3)<br>18 U.S.C. § 924(c)(1)(A)<br>18 U.S.C. § 1153 |
| CHARLES ALDRICH, | |
| Defendant. | |

The Grand Jury charges that

## COUNT I

On or about August 25, 2025, in the District of Nebraska, within the exterior boundaries of the Omaha Nation Indian Reservation, in Indian Country, the defendant, CHARLES ALDRICH, an Indian male, did assault VICTIM 1 with a dangerous weapon, to wit: a handgun, with intent to do bodily harm, and without just cause or excuse, in that CHARLES ALDRICH shot VICTIM 1 in the arm with the handgun.

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT II

On or about August 25, 2025, in the District of Nebraska, within the exterior boundaries of the Omaha Nation Indian Reservation, in Indian Country, the defendant, CHARLES ADLRICH, did knowingly use, carry, brandish, and discharge a firearm to wit: a handgun, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, assault with a dangerous weapon in violation of Title 18, United States Code, Section 113(a)(3) and 1153, as charged in Count I of the Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(iii).

1

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Lecia E. Wright*
LECIA E. WRIGHT, #24562
Assistant U.S. Attorney