IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CHARLES ALDRICH,<br><br>    Defendant. | 8:25CR194<br><br>STATEMENT OF PLAINTIFF PURSUANT TO NECrimR. 32.1(b) REGARDING SENTENCING PROCEDURES AND ADOPTION OF THE PRESENTENCE INVESTIGATION REPORT |

COMES NOW Plaintiff, the United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Revised Presentence Investigation Report.  Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

Respectfully Submitted,

UNITED STATES OF AMERICA,

LESLEY A. WOODS
United States Attorney
District of Nebraska

By:    s/ Patrick C. McGee
       PATRICK C. MCGEE, #25522
       Assistant U.S. Attorney
       1620 Dodge Street, Suite 1400
       Omaha, NE  68102-1506
       Tel:  (402) 661-3700
       Fax:  (402) 345-5724
       E-mail:  patrick.mcgee@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all registered participants.  I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participant:

Megan E Ostrander
U.S. Probation and Pretrial Services Officer
megan_ostrander@nep.uscourts.gov

s/ Patrick C. McGee
Assistant U.S. Attorney